**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Patricia C Avila** | JOINT DEBTOR: | | CASE NO.: | |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-2095** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ __**110.00**__ for months __**1**__ to __**60**__ ;
    B.  $ _____ for months _____ to _____ ;
    C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __**3,500.00**__  TOTAL PAID $ __**1,500.00**__
    Balance Due $ __**2,000.00**__ payable $ __**100.00**__ /month (Months __1__ to __20__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
   **-NONE-**     Total Due $ _____
                   Payable $ _____ /month (Months _ to _ ) Regular Payment $ _____

Unsecured Creditors: Pay $**100.00** /month (Months **21** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**American Honda Finance**                          **Opened 06/2015**
                                                         **Lease**

     **Special Intentions:**
     **Bank of America: Debtor will pay claim directly.**
     **Bk Of Amer: Debtor will pay claim directly.**
     **Courtyard Fort Lauderdale: Debtor will pay claim directly.**
     **American Honda Finance: Debtor will pay lease directly.**

**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refund increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Patricia C Avila**
**Patricia C Avila**
Debtor

Date:   **October 14, 2015**